

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jeremiah Jermaine Johnson, Appellant

No. 06-25-00034-CR     v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 24F0147-202). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect Johnson's plea of guilty, that punishment was assessed by the trial court instead of the jury, and that the correct statute of offense is Article 62.102(b)(2) of the Texas Code of Criminal Procedure. As modified, we affirm the judgment of the trial court.

We note that the appellant, Jeremiah Jermaine Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 17, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk